■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER CUMMINGS, Appellant. [836 NYS2d 481]—Appeal

from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered November 6, 2003. The judgment convicted defendant, upon his plea of guilty, of murder in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Martoche, Smith and Green, JJ.